UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CYPRESS ENVIRONMENTAL PARTNERS, L.P., *et al.*,[1] | ) | Case No. 22-90039 (MI) |
|  | ) |  |
| Debtors. | ) | (Joint Administration Requested) |
|  | ) |  |

**NOTICE OF DESIGNATION OF COMPLEX
CHAPTER 11 BANKRUPTCY CASES**

On May 9, 2022, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (the "Court"). The undersigned proposed counsel believes that these chapter 11 cases qualify as complex chapter 11 cases because:

     X     The Debtors have total debt of more than $10 million;

     X     There are more than 50 parties in interest in these chapter 11 cases;

          Claims against the Debtors are publicly traded;

          Other (Substantial explanation is required).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Cypress Environmental Partners, L.P. (1523); Cypress Municipal Water Services, LLC (5974); Cypress Environmental Partners, LLC (7385); Cypress Brown Integrity, LLC (3455); Cypress Energy Partners - 1804 SWD, LLC (9110); Cypress Energy Partners - Bakken, LLC (9092); Cypress Energy Partners - Grassy Butte SWD, LLC (9047); Cypress Energy Partners - Green River SWD, LLC (1534); Cypress Energy Partners - Manning SWD, LLC (4247); Cypress Energy Partners - Mork SWD, LLC (0761); Cypress Energy Partners - Mountrail SWD, LLC (4977); Cypress Energy Partners - Tioga SWD, LLC (3230); Cypress Energy Partners - Williams SWD, LLC (3840); Cypress Environmental - PUC, LLC (8637); Cypress Environmental Management - TIR, LLC (5803); Cypress Environmental Management, LLC (4753); Cypress Environmental Services, LLC (7770); Tulsa Inspection Resources - PUC, LLC (2514); and Tulsa Inspection Resources, LLC (4632). The Debtors' service address for the purposes of these chapter 11 cases is 5727 South Lewis Avenue, Suite 300, Tulsa, Oklahoma 74105.

The Debtors request entry of the attached proposed order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

Dated: May 9, 2022
    Houston, Texas

/s/ *James T. Grogan*
**PAUL HASTINGS LLP**
James T. Grogan (No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Justin Rawlins (*pro hac vice* admission pending)
1999 Avenue of the Stars, 27th Floor
Century City, California 90067
Telephone: (310) 620-5700
Facsimile: (310) 620-5899
Email: justinrawlins@paulhastings.com

-and-

Matthew Micheli (*pro hac vice* admission pending)
Matthew Smart (*pro hac vice* admission pending)
Michael Jones (*pro hac vice* admission pending)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
Email: mattmicheli@paulhastings.com
       matthewsmart@paulhastings.com
       michaeljones@paulhastings.com

*Proposed Counsel to the Debtors and Debtors in Possession*

## Certificate of Service

      I certify that on May 9, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                    /s/ *James T. Grogan*
                                                    James T. Grogan

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CYPRESS ENVIRONMENTAL PARTNERS, L.P., *et al.*,[1] | ) | Case No. 22-90039 (MI) |
|  | ) |  |
| Debtors. | ) | (Joint Administration Requested) |
|  | ) |  |

**ORDER GRANTING COMPLEX
CHAPTER 11 BANKRUPTCY CASES**

On May 9, 2022, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed these jointly administered chapter 11 cases (the "Chapter 11 Cases") and the *Notice of Designation of Complex Chapter 11 Cases* (the "Notice").[2]  Based on its review of the initial pleadings, the Court concludes that the complex chapter 11 case designation is appropriate. Accordingly, the Court hereby orders:

1. The Procedures for Complex Chapter 11 Cases in the Southern District of Texas apply to these Chapter 11 Cases. The procedures are posted on the Court's website. Compliance with the procedures is required.

2. The Debtors must give notice of this Order to all parties in interest within seven (7) days. If a party in interest objects to the provisions of this Order, that party may file an appropriate motion within fourteen (14) days after service of the Order.

3. The Local Rules for the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Local Rules") apply to these Chapter 11 Cases, subject to the following modifications:

    a) Bankruptcy Local Rule 1001-1(b) does not apply.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Cypress Environmental Partners, L.P. (1523); Cypress Municipal Water Services, LLC (5974); Cypress Environmental Partners, LLC (7385); Cypress Brown Integrity, LLC (3455); Cypress Energy Partners - 1804 SWD, LLC (9110); Cypress Energy Partners - Bakken, LLC (9092); Cypress Energy Partners - Grassy Butte SWD, LLC (9047); Cypress Energy Partners - Green River SWD, LLC (1534); Cypress Energy Partners - Manning SWD, LLC (4247); Cypress Energy Partners - Mork SWD, LLC (0761); Cypress Energy Partners - Mountrail SWD, LLC (4977); Cypress Energy Partners - Tioga SWD, LLC (3230); Cypress Energy Partners - Williams SWD, LLC (3840); Cypress Environmental - PUC, LLC (8637); Cypress Environmental Management - TIR, LLC (5803); Cypress Environmental Management, LLC (4753); Cypress Environmental Services, LLC (7770); Tulsa Inspection Resources - PUC, LLC (2514); and Tulsa Inspection Resources, LLC (4632). The Debtors' service address for the purposes of these chapter 11 cases is 5727 South Lewis Avenue, Suite 300, Tulsa, Oklahoma 74105.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Notice.

b) Rule 83.1 of the Local Rules of the U.S. District Court of the Southern District of Texas (the "Local Rules of the District Court") applies.

c) Appendix A to the Local Rules of the District Court applies.

d) If a conflict exists between the Bankruptcy Local Rules and the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas,* the *Procedures for Complex Chapter 11 Cases in the Southern District* of Texas govern.

Dated: _____, 2022
Houston, Texas

_____
THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE